BEFORE: VIKTOR V. POHORELSKY              DATE:        2/17/04
            U.S. MAGISTRATE JUDGE         START TIME:  10:00 a.m.
                                           END TIME:    10:30 a.m.

DOCKET NO.  CV-03-1729                    ASSIGNED JUDGE:   CPS

CASE NAME:  Lopez v. United States of America

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:  Discovery and Status

APPEARANCES:  Plaintiff    Steven Halperin

              Defendant    Nancy Miller

SCHEDULING AND RULINGS:

1. The next conference will be held at **10:30 a.m. on June 11, 2004.** As settlement will be discussed, individuals with plenary settlement authority must be available by telephone for both parties.

2. The deposition of the plaintiff *de bene esse* shall be completed by April 16, 2004.

3. The parties advise that factual discovery is complete and that the plaintiff's expert disclosures shall be completed shortly (two have been provided; awaiting the final report of a pathologist). The defendants' rebuttal expert disclosures are to be completed by June 1, 2004. The depositions of experts may be taken at any time provided they are completed at least 30 days before trial.

4. Upon the stipulation of the parties in court today, all claims against the defendants Bobby P. Shearin, Warden, J. Trimbath, and Martha L. Jordan, Warden are dismissed with prejudice and without costs.

5. The clerk of court is directed to make appropriate notations to the docket to reflect the dismissals of the above three individual defendants.

BEFORE: VIKTOR V. POHORELSKY                    DATE:       2/17/04
        U.S. MAGISTRATE JUDGE                   START TIME: 10:00 a.m.
                                                END TIME:   10:30 a.m.

DOCKET NO.  CV-03-1729                          ASSIGNED JUDGE:  CPS

CASE NAME:  Lopez v. United States of America

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:  Discovery and Status

APPEARANCES:   Plaintiff     Steven Halperin

               Defendant     Nancy Miller

SCHEDULING AND RULINGS:

1. The next conference will be held at **10:30 a.m. on June 11, 2004.** As settlement will be discussed, individuals with plenary settlement authority must be available by telephone for both parties.

2. The deposition of the plaintiff *de bene esse* shall be completed by April 16, 2004.

3. The parties advise that factual discovery is complete and that the plaintiff's expert disclosures shall be completed shortly (two have been provided; awaiting the final report of a pathologist). The defendants' rebuttal expert disclosures are to be completed by June 1, 2004. The depositions of experts may be taken at any time provided they are completed at least 30 days before trial.

4. Upon the stipulation of the parties in court today, all claims against the defendants Bobby P. Shearin, Warden, J. Trimbath, and Martha L. Jordan, Warden are dismissed with prejudice and without costs.

5. The clerk of court is directed to make appropriate notations to the docket to reflect the dismissals of the above three individual defendants.