UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HERNANDO FRANCO LOPEZ a/k/a
FERNANDO FRANCO-LOPEZ,

                Plaintiff,               **(CPS) (VVP)**
                                 Index No.: 03 Civ.1729

            -against-                **<u>JUDGMENT</u>**

THE UNITED STATES OF AMERICA,

                Defendants
-----------------------------------------------------------------X

        This action came on for trial before the Court, Honorable Charles P. Sifton, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

        It is Ordered and Adjudged

        That the plaintiff  HERNANDO FRANCO LOPEZ a/k/a FERNANDO FRANCO-LOPEZ, recover of the defendant THE UNITED STATES OF AMERICA, the sum of $1,156,149.00 together with costs to the extent permitted pursuant to 28 USC Section 1910,  Local Civil Rule 54.1, all other applicable law and approved by the Court, if any; and post-judgment interest thereon to the extent permitted by law, if any.

Dated: Brooklyn, New York
       September 6, 2005

                                      Clerk of Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HERNANDO FRANCO LOPEZ a/k/a
FERNANDO FRANCO-LOPEZ,

              Plaintiff,             **(CPS) (VVP)**

                             Index No.: 03 Civ.1729

              -against-            **<u>NOTICE OF SETTLEMENT</u>**

THE UNITED STATES OF AMERICA,

              Defendants
------------------------------------------------------------------X

S I R S :

        **PLEASE TAKE NOTICE** that a Judgment of which the within is a true copy will be presented for settlement to the Office of the Clerk of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 on September 6, 2005 at 9:30 AM.

                            Respectfully Submitted,

                                 \s\

                  _____

                  Steven T. Halperin, Esq.
                  HALPERIN & HALPERIN, P.C.
                  Co Counsel for Plaintiff
                  HERNANDO FRANCO LOPEZ a/k/a
                  FERNANDO FRANCO-LOPEZ
                  Office & P.O. Address
                  18 E. 48th Street
                  New York, New York  10017
                  (212) 935-2600
                            \s\

                  _____

                  FRED LICHTMACHER, ESQ.
                  Co Counsel for Plaintiff
                  HERNANDO FRANCO LOPEZ a/k/a
                  FERNANDO FRANCO-LOPEZ
                  Office & P.O. Address
                  60 East 42nd Street, Suite 2001
                  New York, New York 10165
                  (212) 922-9066

To:     <u>VIA FACSIMILE, REGULAR MAIL & ECF</u>

NANCY A. MILLER, ESQ.
ZACHARY A. CUNHA, ESQ.
Assistant United States Attorneys
U.S. Attorney's Office, E.D.N.Y.
Counsel for Defendant
THE UNITED STATES OF AMERICA
Office & P.O. Address
One Pierrepont Plaza, 14th Floor
Brooklyn, New York 11201
(718) 254-6031